479 A.2d 1146

Commonwealth v. McCord, Appellant.

Petition for Allowance of Appeal
Denied Nov. 29, 1984.

Submitted May 18, 1984.   Mitchell A. Kaufman, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence affirmed.